IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES T. CASE,

    Plaintiff,               No. 2:11-cv-2900 AC P

   vs.

BOARD OF PRISON TERMS, et al.,

    Defendants.        ORDER
_____/

       Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 10, 2013, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on February 20, 2013, March 4, 2013 and March 27, 2013. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's April 10, 2013 request (ECF No. 43) is denied.

DATED: April 29, 2013.

                              /s/ Allison Claire
                          ALLISON CLAIRE
                          UNITED STATES MAGISTRATE JUDGE

AC:009/md
case2900.31.thr